■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DANIEL BOSTICK, Appellant. [653 NYS2d 303] —Judgment, Supreme

Court, New York County (Howard Bell, J.), rendered November 3, 1994, convicting defendant, upon his guilty plea, of attempted burglary in the third degree, and sentencing him, as a second felony offender, to a term of $1^1/_2$ to 3 years, unanimously affirmed.

When defendant, represented by new counsel, made an informed decision to plead guilty, he forfeited the right to argue that he was denied the opportunity to testify before the Grand Jury because of his prior attorney's errors (*People v Roberts*, 163 AD2d 68, *lv denied* 76 NY2d 863). Concur—Murphy, P. J., Milonas, Rosenberger, Ellerin and Williams, JJ.